IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL NO. 03-MC-00006 |
| CAROL BARRETO, | : | |
| DEFENDANT. | : | |

...oOo...

## CANCELLATION OF JUDGMENT

The Judgment in the above-entitled case has been cancelled and returned to the Department of Health and Human Services as uncollectible. The Clerk of the United States Court for the District of Maryland is hereby authorized and empowered to cancel said judgment of record.

Carol Barreto, is hereby released from any lien created by the Notice of Lien recorded April 16, 2003, Case# 06-C-03-038436, in the Circuit Court for Carroll County, Maryland.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410)209-4800
Trial Bar No. 24894

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2007, a copy of the Cancellation of Judgment was sent, first class mail, postage prepaid, to:

Carol Barreto
2215 Snydersburg Road
West Minister, MD 21157

Thomas P. Corcoran
Assistant United States Attorney